**SIGNED.**

Dated: June 06, 2008



_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| PHILLIP BRIAN STONICH and TERESA MARIE STONICH, | No. 2:07-bk-06842-JMM<br>No. 2:08-bk-00968-JMM<br>(Jointly Administered) |
| Debtors. | |
| In re: | **MEMORANDUM DECISION** |
| AGUA NEGRA SPRINGS RANCH, LLC, | |
| Debtor. | |

    The court conducted an emergency hearing on June 4, 2008 regarding the Debtor's motion to approve use of cash collateral (Dkt. #174), at which time the court took the matter under advisement.[1]

    Mr. and Mrs. Stonich's Schedules I and J reflect that their monthly income is $3,300 from Mrs. Stonich's employment, and their monthly expenses are $13,184. As a real estate broker, Mr. Stonich does not have regular monthly income or wages, but instead generates income through property sales or commissions.

    Wells Fargo Bank Debtor-in-Possession Account number 3496118112 is subject to court control (the "Segregated DIP Account").

    The court will authorize the Debtors to withdraw $15,000 per month for June and July, 2008, from the Segregated DIP Account. With Mrs. Stonich's monthly wages, the Debtors will then

---

[1] As matters turned out, it seems as if the cash is no party's "collateral," but that the cash on deposit is a general asset.

1 have monthly income of $18,300 for two months, until they can confirm their chapter 11 plan of
2 reorganization. If the Debtors require more funds from the account, they are to file a request with
3 the court, and include with it a detailed breakdown of the additional amounts requested, and notice
4 out an expedited hearing date to all interested parties.

5         This arrangement may serve as a temporary stopgap for the Debtors' immediate cash
6 needs.

7         A separate order will be entered.

8

9         DATED AND SIGNED ABOVE.

10

11 COPIES served as indicated below
   on the date signed above:
12
   Robert M. Cook
13 Law Offices of Robert M. Cook
   Missouri Commons - Suite #185
14 1440 East Missouri
   Phoenix, AZ 85014                               Email: robertmcook@yahoo.com
15
   Mark J. Giunta
16 Law Office of Mark J. Giunta
   1413 N. 3rd St.
17 Phoenix, AZ 58004-1612                         Email mark.giunta@azbar.org

18 John J. Fries and Andrea M. Palmer
   Ryley, Carlock & Applewhite
19 One N. Central Ave., Suite 1200             Email: jfries@rcalaw.com
   Phoenix, AZ 85004                             Email: apalmer@rcalaw.com
20
   Daniel P. Collins
21 Collins, May, Potenza, Baran & Gillespie, P.C.
   201 N. Central Ave., Suite 2210
22 Phoenix, AZ 85004-0022                      Email: dcollins@cmpbglaw.com

23 Scott D. Gibson
   Gibson, Nakamura, & Decker, PLLC
24 2941 N. Swan Rd., Suite 101
   Tucson, AZ 85712-2343                      Email: sgibson@gnglaw.com
25
   Paul Sala
26 Allen, Sala & Bayne, PLC
   1850 N. Central Ave., #1150
27 Phoenix, AZ 85004                             Email: psala@asbazlaw.com

28

| | |
|---|---|
| 1 | Jonathan E. Hess |
| 2 | Office of the U.S. Trustee<br>230 North First Avenue, Suite 204 |
| 3 | Phoenix, Arizona 85003-1607     E-mail Jon.E.Hess@usdoj.gov |
| 4 | |
| 5 | By /s/ M. B. Thompson<br>     Judicial Assistant |

